UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

**JOSE ISMAEL VENTURA,**

              Petitioner,        18 cv 9179 (JGK)

    - against -             ORDER

**UNITED STATES OF AMERICA,**

              Respondent.
───────────────────────────────────

**JOHN G. KOELTL, District Judge:**

On October 2, 2020, the movant, Jose Ismael Ventura, filed a motion to amend his previously filed application pursuant to 28 U.S.C. § 2255. On December 28, 2020, the Government filed a supplemental response to the motion to amend. ECF No. 26. The movant will file a reply, if any, by February 7, 2021.

**SO ORDERED.**

Dated:    **New York, New York**
           **January 7, 2021**          /s/ John G. Koeltl
                                                     **John G. Koeltl**
                                     **United States District Judge**