```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――――
JOSE ISMAEL VENTURA,

                    Petitioner,          18 cv 9179 (JGK)

        - against -

UNITED STATES OF AMERICA,

                    Respondent.
―――――――――――――――――――――――――――――――――
KEVIN VENTURA,

                    Petitioner,          20 cv 8064 (JGK)

        - against -
                                         ORDER
UNITED STATES OF AMERICA,

                    Respondent.
―――――――――――――――――――――――――――――――――
```

**JOHN G. KOELTL, District Judge:**

The Court has received the attached correspondence from Kevin Ventura.

**SO ORDERED.**

Dated:   New York, New York
         January 7, 2021                 /s/ John G. Koeltl
                                         John G. Koeltl
                                    United States District Judge

To The Honorable Judge John G. Koeltl:

    Your Honor I am writing you to inform you that due to the 2ND wave of the Covid-19, We have gone into a Quarantine lock down as of Nov. 22. To make a bad situation even worse, both movants Kevin and Jose Ventura have tested positive to this deadly Covid virus and we find ourselves very ill and bed ridden due to this virus. Movant Kevin Ventura had a Dec. 9 deadline to send his 2255 arguments but unfortunatly will not be able to meet that deadline due to the dire situation we are under.

    Your Honor I write you so that we can be in accordance and compliance with all mandates that have been set by your Honor.

Thank You and God Bless
Respectfully Submitted
Kevin Ventura



U. S. Department of Justice
Federal Bureau of Prisons

USP Canaan
3057 Eric J. Williams Memorial Drive
Waymart, PA 18472

November 24, 2020

**MEMORANDUM FOR INMATE POPULATION**

FROM:       E. Bradley, Warden

SUBJECT:    Coronavirus Update


Ten positive inmate cases have been identified in one of our general population housing units. Medical staff have initiated testing procedures to identify others who could be infected.

Until we have a better understanding of the number and location of current active cases, we will remain locked down. Please notify staff if you have symptoms associated with COVID-19.

Additional information will be provided.



**U. S. Department of Justice**

Federal Bureau of Prisons

**USP Canaan**
3057 Easton Turnpike
Waymart, PA 18472

December 2, 2020

NOTIFICATION FOR THE INMATE POPULATION

FROM:       E. Bradley, Warden

SUBJECT:    COVID Update

As all of you are aware, we have identified multiple cases of COVID-19 at USP Canaan. Confining you in your cells is not what any of us want. However, Medical staff are concerned this outbreak could lead to additional transmissions. The Executive Staff are not utilizing this quarantine status for disciplinary reason, but rather for your safety to mitigate the virus.

The last several months have been a challenge for all of us. Unfortunately, this has resulted in the suspension of many routine activities, leading up to our current quarantine status. Our focus has been to return to normal as soon as possible. We have discussed a shower plan, and providing a way to maintain communication with your families. Staff will begin issuing stamps to each of you this week. The distribution of limited commissary is also something we are discussing for the near future.

I can assure you that both staff and inmate safety is our main focus as we try to make it through this Pandemic.