**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――――――――

**JOSE ISMAEL VENTURA,**

                **Petitioner,**          **18-cv-9179 (JGK)**

       **- against -**              **9-cr-1015 (JGK)**

                                          **ORDER**

**UNITED STATES OF AMERICA,**

                **Respondent.**
―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The Court has received the defendant's Motion for Production of Documents and Motion for enlargement of time within which to respond to the government's Letter in Opposition to Motion to Amend, dated January 27, 2021. (ECF. No. 29) The Court has also received the Government's Ex Parte letter dated December 28, 2020, to be filed under Seal, opposing the defendant's request for notes of interviews of Teresa Cruz in October 2013.

    The request for the interview notes of Teresa Cruz is denied at this time. Having reviewed the notes, the defendant has not shown good cause for the production of those notes. The defendant seeks to use those notes in support of a motion to amend his petition which the Court has not yet granted.

The defendant's time to respond to the Government's opposition to his most recent motion to amend is extended to March 5, 2021.

**SO ORDERED.**

**Dated:**     **New York, New York**
               **February 9, 2021**              /s/ John G. Koeltl
                                              **John G. Koeltl**
                                     **United States District Judge**