UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE VENTURA, (42258-004)
                      Petitioner,

     -against-                                     18 civ 9179 (JGK)

UNITED STATES OF AMERICA,
                      Respondent.
------------------------------------------------------------X
KEVIN VENTURA (70750-054)
                      Petitioner,

                                                     20 civ 8064 (JGK)

     -against-

UNITED STATES OF AMERICA,
                      Respondent.
------------------------------------------------------------X

     It is hereby ordered that Calvin H. Scholar, Esq, be appointed counsel for the defendant, Jose Venura, and that David J. Cohen, Esq., be appointed as counsel for the defendant, Kevin Ventura, in the above captioned matters, which are in relation to United States of America v. Kevin Ventura, et al., 09 cr 1015 (JGK). The Court further orders that Lance A. Clarke, Esq., be appointed counsel for a potential witness, Teresa Cruz.

     The appointments are ordered for an evidentiary hearing, for pending 2255 actions.

     The Clerk is directed to mail copies of this order to each petitioner, at: U.S. Penitentiary Canaan; P.O. Box 300; Waymart, PA 18472.

**SO ORDERED.**

                                                              JOHN G. KOELTL
                                                          UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         October 20, 2022