UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSE ISMAEL VENTURA,
                  Petitioner,

    -against-

UNITED STATES OF AMERICA,
                  Respondent.
-------------------------------------------------------------X
KEVIN VENTURA,
                  Plaintiff,

    -against-

UNITED STATES OF AMERICA
                  Defendant.
-------------------------------------------------------------X

18 civ 9179 (JGK)

20 civ 8064 (JGK)

It is hereby ordered that Bobbi C. Sternheim, Esq, be appointed as attorney for the potential witness, Teresa Cruz, replacing Lance A. Clarke, Esq.

SO ORDERED.

                                              JOHN G. KOELTL
                                          UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       November 17, 2022