

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 23, 2023

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
New York, New York 10007

*Hearing rescheduled for 3/22/23 at 10:00 A.M.*
*So ordered.*
*/s/ JGKoeltl*
*U.S.D.J.*
*1/23/23*

Re:   *Jose Ismael Ventura v. United States*, 18 Cv. 9179 (JGK)
      *Kevin Ventura v. United States*, 20 Cv. 8064 (JGK)

Dear Judge Koeltl:

As background, a hearing is presently scheduled in these matters on February 23, 2023. The Court's October 19, 2022 Order granting the hearing stated that it was the Court's expectation that any Government lawyer present for Ms. Cruz's 2013 interviews would testify at the hearing.

The Government has identified the lawyer who was present for a meeting with Ms. Cruz in 2013. Unfortunately, due to a vacation, he is not available to testify on February 23, 2023, which is during the week that schools are closed for midwinter recess. Thus, the Government respectfully requests an adjournment of the hearing to March 22, 2023, a date and time that the Government witnesses and defense counsel have presently said they are available. The Government has conferred with defense counsel regarding this adjournment request, and defense counsel have no objection.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:  _____
Emily A. Johnson / Matthew R. Shahabian
Margaret Garnett
Assistant United States Attorneys
(212) 637-2409 / 1046 / 1591

cc:  Richard Ma, Esq. (*counsel for Jose Ismael Ventura*) (by email)
     David J. Cohen, Esq. (*counsel for Kevin Ventura*) (by email)